No. 00–7431.   DEES v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 00–7435.   T. C. v. FLORIDA DEPARTMENT OF CHILDREN AND FAMILY SERVICES; and L. B. v. FLORIDA DEPARTMENT OF CHILDREN AND FAMILY SERVICES.   Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 00–7436.   ZISKIS v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 00–7439.   WOLF v. WILLIAMS, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 00–7441.   HILTON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 00–7442.   HART v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 00–7443.   HENDERSON v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir.   Certiorari denied.

No. 00–7444.   GLAUNER v. GRIGAS.   C. A. 9th Cir.   Certiorari denied.

No. 00–7445.   HURLEY v. FLORIDA.   C. A. 11th Cir.   Certiorari denied.

No. 00–7446.   HERSEY v. ADORNI ET AL.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 00–7447.   GOFF v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 00–7448.   FISHER v. BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 00–7450.   FARROW v. EASLEY, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL.   C. A. 4th Cir.   Certiorari denied.